## Hewitt, Appellant, *v.* Metropolitan Life Insurance Company.

Argued November 14, 1967. *William G. Sesler,* with him *Bryan, Joslin, Bryan & Sesler,* for appellant; *John F. Potter,* with him *MacDonald, Illig, Jones & Britton,* for appellee.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Littles et al., Appellants, *v.* Avis Rent-A-Car System.

Argued November 15, 1967. *Paul A. Simmons,* with him *Tempest & Simmons,* for appellant; *Francis H. Patrono,* with him *Patrono, Ceisler and Edwards,* for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.